# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19CR251-21 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEMARCO CLAYTON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Demarco Clayton's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 380.)

On April 24, 2019, the government filed an Indictment against defendant. (Doc. No. 13.) On October 16, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 365.)

On October 24, 2019, a hearing was held in which defendant entered a plea of guilty to Count 11 of the Indictment, charging Demarco Clayton with Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. Section 841(a)(1), (b)(1)(C) and to Count 10 of the Indictment, charging Demarco Clayton with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation

("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 380.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 11 and 10 in violation of 21 U.S.C. Section 841(a)(1), (b)(1)(C); 18 U.S.C. Section 922(g)(1). The sentencing will be held on February 21, 2020 at 11:00AM.

**IT IS SO ORDERED**.


Dated: November 26, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**